IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KRISTOFER ARMSTRONG                                                                                    PLAINTIFF

v.                                      Case No. 4:22-cv-04088

ROBERT GENTRY; ARENAR
ROMONA; DEPUTY CHRIS
WALCOTT; JAILER BLAKE REEL;
TAMMY FOWLER; WHITNEY HIGGINS;
TAYLOR GENTRY; JAILER CHRIS MAY;
JAILER BOB; JAILER EULEPERIO
HERNANDEZ; and JAILER BARBARA VALENTINE                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 12, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Amended Complaint (ECF No. 4) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 31st day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge